## A. Kenneth Paul, Plaintiff-Appellant, v. Sam Rosen, Trading as S & R Liquors, Defendant-Appellee.

### Gen. No. 45,261.

Maurice M. Loman, for plaintiff-appellant; Louis M. Leider, for defendant-appellee. Opinion by Presiding Justice Burke. Not to be published in full. Opinion filed May 9, 1951; released for publication July 5, 1951.